Jason S. Roberts, Esq. (SBN: 221978)
Preetpal S. Toor, Esq. (SBN: 325663)
**RESNICK & LOUIS, P.C.**
9891 Irvine Center Drive, Suite 200
Irvine, CA  92618
Telephone/Facsimile: (909) 457-7402
Email: jsroberts@rlattorneys.com;
ptoor@rlattorneys.com

Attorneys for Defendant
DAVID B. FROST

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS A. KLOMP, individually and as successor in interest of NEVA MARLENE KLOMP, decedent; DARYL KLOMP, individually and as successor in interest of NEVA MARLINE KLOMP, decedent; NATALIE KLOMP-WOODS, individually and as successor in interest of NEVA MARLENE KLOMP, decedent,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>DAVID B. FROST, and DOES 1-50, inclusive,<br><br>　　　　　　Defendants. | Case No.: 1:24-cv-01507-JLT-SKO<br><br>**STIPULATION TO ENLARGE BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR REMAND AND AMENDED MOTION FOR REMAND [DOC. NOS. 4 AND 9]; ORDER**<br><br>**(Doc. 12)** |

　　IT IS HEREBY STIPULATED AND AGREED by Plaintiffs DENNIS A. KLOMP, individually and as successor in interest of NEVA MARLENE KLOMP, decedent; DARYL KLOMP, individually and as successor in interest of NEVA MARLINE KLOMP, decedent; NATALIE KLOMP-WOODS, individually and as successor in interest of NEVA MARLENE KLOMP, and Defendant DAVID B. FROST by and through their counsel of record herein, as follows:

1 | WHEREAS Plaintiffs filed a Motion for Remand on January 9, 2025 (Doc. No. 4), and
2 | an Amended Motion for Remand on January 14, 2025 (Doc. No. 9), (collectively, the
3 | "Motion") which is pending before this Court;

4 | WHEREAS counsel for Plaintiffs and Defendants are meeting and conferring regarding
5 | this Court's order of January 13, 2025, (Doc. No. 8) that requires the parties to consider consent
6 | to the magistrate judge for all purposes and/or for purposes of the Motion and to submit consent
7 | forms within 30-days of the Court's order;

8 | WHEREAS Defendant requires additional time to prepare and submit his opposition to
9 | the pending Motion due to staffing issues caused by the ongoing fires in Southern California
10 | and the press of business;

11 | WHEREAS the parties respectfully request that the deadline for Defendant's opposition
12 | be extended to February 14, 2025, or as otherwise set by the Court should the parties hereafter
13 | consent to magistrate judge jurisdiction; and

14 | WHEREAS the parties respectfully request that the deadline for Plaintiffs reply be
15 | extended to February 28, 2025, or as otherwise set by the Court should the parties hereafter
16 | consent to magistrate judge jurisdiction.

17 | ///
18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 |
28 |

# STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties, via counsel of record, subject to approval and entry by the Court, that:

1. Defendant's opposition to Plaintiff's Motion to Remand is to be filed on or before February 14, 2025; and

2. Plaintiffs' reply to Defendant's opposition to the Motion is to be filed on or before February 28, 2025.

DATED: January 28, 2025              **RESNICK & LOUIS, P.C.**

*/s/Jason S. Roberts*
Jason S. Roberts
Preetpal S. Toor
Attorneys for Defendant
DAVID B. FROST

DATED: January 24, 2025              **NUNES LAW, INC.**

s/ Frank Nunes
Frank Nunes, Esq.
Attorneys for Plaintiffs, DENNIS A. KLOMP, individually and as successor in interest of NEVA MARLENE KLOMP, decedent; DARYL KLOMP, individually and as successor in interest of NEVA MARLENE KLOMP, decedent; NATALIE KLOMP-WOODS, individually and as successor in interest of NEVA MARLENE KLOMP, decedent

# ORDER

Before the Court is a stipulation by Plaintiffs Dennis A. Klomp, Daryl Klomp, and Natalie Klomp-Woods ("Plaintiffs") and Defendant David B. Frost ("Defendant") to continue Defendant's deadline to file its opposition to Plaintiffs' Amended Motion to Remand (Doc. 9) to February 14, 2025, and to extend the deadline for Plaintiffs to file their reply to Defendant's opposition to

February 28, 2025.  (Doc. 12.)

The Court, having considered the stipulation and finding good cause, HEREBY ORDERS AS FOLLOWS:

1. The deadline for Defendant to file its opposition to Plaintiffs' Amended Motion to Remand is continued to **February 14, 2025**;
2. The deadline for Plaintiff to file its reply to Defendant's opposition is continued to **February 28, 2025**; and
3. The hearing on Plaintiff's Amended Motion to Remand shall remain vacated and shall be reset only if the Court determines a hearing is needed.

IT IS SO ORDERED.

Dated:   **January 28, 2025**                    /s/ *Sheila K. Oberto*
                                                 UNITED STATES MAGISTRATE JUDGE